## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC., | : | CIVIL ACTION |
|       Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-2871 |
| OURHOUSEWORKS, LLC | : | |
| ENVIROX, LLC and | : | |
| JOHN DOES 1 - 10, | : | |
|       Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of October, 2014, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Plaintiff QVC, Inc. and against Defendant OurHouseWorks, LLC in the amount of $175,342.96, plus prejudgment interest of $29,025.26, for an aggregate award of $204,368.22.

It is further **ORDERED** that **JUDGMENT** is entered in favor of Defendant Envirox and against Plaintiff, QVC, Inc.

Plaintiff may file a petition for counsel fees against defendant OurHouseWorks, LLC within ten (10) days of this order.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.