## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| QVC, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 2:12-cv-02871-RB |
| OURHOUSEWORKS, LLC | : | |
| ENVIROX, LLC | : | |
| and | : | |
| JOHN DOES 1 – 10 | : | |
| | : | |
| Defendants. | : | |

_____:

## NOTICE OF APPEAL

Notice is hereby given that QVC, Inc. ("Plaintiff") in the above-captioned case hereby appeals to the United States Court of Appeals for the Third Circuit from the final Judgment, Order and Opinion of the Court entered on October 27, 2014.

Respectfully submitted,

By:   _/s/ Amy S. Kline_____
Amy S. Kline
SAUL EWING LLP
(215) 972-8567
1500 Market Street
Centre Square West, 38th Floor
Philadelphia, PA  19102

_Attorneys for Plaintiff-Appellant QVC, Inc._

Date:  November 25, 2014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **Notice of Appeal** of QVC, Inc. was sent via Electronic

Mail and Electronic Filing upon the following counsel of record:

Brett A. Schlossberg, Esquire
Schlossberg & Associates, LLC
340 Highland Lane
Bryn Mawr, PA 19010-3742
sanda@comcast.net

*Counsel for Defendants*


/s/ *Amy S. Kline*
Amy S. Kline, Esquire

Dated: November 25, 2014