# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QVC, INC.

                                        12-2871
                                  District Court Docket Number

        vs.

OURHOUSEWORKS,LLC ET AL

Notice of Appeal Filed 11/25/14
Court Reporter(s)/ESR Operator(s)     ESR

Filing Fee:
      Notice of Appeal        Paid   X Not Paid        Seaman
      Docket Fee              Paid  X Not Paid        USA/VI

CJA Appointment (Attach Copy of Order)

        Private Attorney
        Defender Association or Federal Public Defender
        Motion Pending

Leave to Proceed _In Forma Pauperis_ status, if applicable: (Attach copy of the Order)

        Motion Granted
        Motion Denied
        Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

        Granted
        Denied
        Pending

                                Defendant's Address (for criminal appeals)

                                Prepared by: s/Robert D. Fehrle
                                          Robert D. Fehrle/11/25/14
                                          Deputy Clerk/Signature/Date

          PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
              THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm