IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC.,<br>    Plaintiff,<br><br>   v.<br><br>OURHOUSEWORKS, LLC,<br>ENVIROX, LLC, and<br>JOHN DOES 1-10,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  12-2871 |

**O R D E R**

**AND NOW**, this 29th day of December, 2016, upon consideration of plaintiff QVC, Inc.'s Post-Remand Proposed Findings of Fact and Conclusions of Law (Doc. No. 70, filed July 22, 2016) and defendants OurHouseWorks, LLC and EnvirOx, LLC's Post-Remand Proposed Findings of Fact and Conclusions of Law (Doc. No. 71, filed August 12, 2016), based on the Findings of Fact and Conclusions of Law in the accompanying Memorandum dated December 29, 2016, **IT IS ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of plaintiff, QVC, Inc., and **AGAINST** defendant, EnvirOx, LLC, in the amount of $308,439.38, consisting of the judgment entered by the trial judge in the amount of $285,553.57, which included pre-judgment interest and reasonable attorneys' fees and costs incurred prior to appeal to the United States Court of Appeals for the Third Circuit, and $22,885.81 in pre-judgment interest from the date of the judgment entered by the trial judge, October 27, 2014, to the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that, within twenty (20) days, plaintiff is granted leave to file a motion to revise the judgment to include reasonable attorneys' fees and costs incurred in connection with the appeal and remand of this matter.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.