# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC., <br>     Plaintiff, <br><br> v. <br><br> OURHOUSEWORKS, LLC, <br> ENVIROX, LLC, and <br> JOHN DOES 1-10, <br>     Defendants. | CIVIL ACTION <br><br><br><br> NO. 12-2871 |

## O R D E R

  **AND NOW**, this 6th day of February, 2017, pursuant to the Court's Order, dated December 29, 2016, entering judgment in favor of plaintiff QVC, Inc., and against defendant EnvirOx, LLC, in the amount of $308,439.38, and permitting QVC, Inc. to file a Motion to Revise the Judgment to Include Reasonable Attorneys' Fees and Costs incurred in connection with the appeal and remand of this matter, upon consideration of the Motion of QVC, Inc. to Revise the Judgment to Include Reasonable Attorneys' Fees and Costs (Doc. No. 75, filed January 18, 2017), no response having been filed, **IT IS ORDERED** that the Motion of QVC, Inc. to Revise the Judgment to Include Reasonable Attorneys' Fees and Costs is **GRANTED** and the **JUDGMENT IS REVISED** to include reasonable attorneys' fees in the amount of $36,844.30 and reasonable costs and expenses in the amount of $1,955.14, which shall be paid by EnvirOx, LLC to QVC, Inc., for a total judgment of $347,238.82 in favor of QVC, Inc. and against EnvirOx, LLC.

                **BY THE COURT:**

                **/s/ Hon. Jan E. DuBois**

                  DuBOIS, JAN E., J.