IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC.,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>OURHOUSEWORKS, LLC,<br>ENVIROX, LLC, and<br>JOHN DOES 1-10,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  12-2871 |

## O R D E R

**AND NOW**, this 23rd day of March, 2017, upon consideration of Motion of Plaintiff QVC, Inc. for an Order Pursuant to 28 U.S.C. § 1963 Allowing the Registration of Judgment in Other Judicial Districts (Doc. No. 80, filed Feb. 14, 2017), the United States Court of Appeals for the Third Circuit having dismissed Defendants' appeal for failure to timely prosecute (Doc. No. 81, filed March 6, 2017), **IT IS ORDERED** that the Motion is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**